untarily dismiss his appeal in Colon v. Nicholson, 04–1075 (Vet.App.),

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs

**Norma Jean MONTGOMERY, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2006–7018.**

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

ON MOTION

*ORDER*

Upon consideration of Norma Jean Montgomery's unopposed motion to voluntarily dismiss her appeal in *Montgomery v. Nicholson,* 03–1708, 20 Vet.App. 231 (Vet. App.2005),

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs

**SHANKLIN CORPORATION, Plaintiff–Appellant,**

v.

**AMERICAN PACKAGING MACHINERY, INC., Defendant–Appellee,**

and

**Rally Packaging Corporation, Defendant.**

**No. 2006–1509.**

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

ON MOTION

*ORDER*

Upon consideration of Shanklin Corporation's motion to voluntarily dismiss its appeal from the judgment of the United States District Court for the Southern District of Illinois in 95–CV–1617,

IT IS ORDERED THAT:

The motion is granted. All sides shall bear their own costs.